# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL J. PENDLETON, | : | No. 94 WM 2020 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition and the Application for an Immediate Hearing are DENIED.